---

**Fill in this information to identify the case:**

Debtor 1    Lisa D. Walker

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number 21-10919-elf

---

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Santander Bank, N.A.      **Court claim no**. (if known): 4

**Last four digits** of any number you use to identify the debtor's account: 1780

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____/____/_____

---

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney's fees | 04/15/2021: Plan Review | (3) | $ 450.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | 06/15/2021: Proof of Claim 410A Fee @ $250.00; 06/15/2021: Preparation/Filing of Proof of Claim @ $500.00 | (5) | $ 750.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. Other. Specify: | | (11) | $ 0.00 |
| 12. Other. Specify: | | (12) | $ 0.00 |
| 13. Other. Specify: | | (13) | $ 0.00 |
| 14. Other. Specify: | | (14) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor1   <u>Lisa D. Walker</u>                                          Case number *(if known)* <u>21-10919-elf</u>
    First Name       Middle Name      Last Name

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘ <u>/s/Andrew Spivack</u>                                          Date  <u>06/24/2021</u>
   Signature

**Print:** <u>**Andrew Spivack (84439)**</u>                          Title  <u>Attorney</u>
    First Name     Middle Name     Last Name

Company   <u>Brock & Scott, PLLC</u>

Address   <u>302 Fellowship Road, Suite 130</u>
    Number         Street

          <u>Mount Laurel, NJ 08054</u>
          City         State    ZIP Code

Contact phone  <u>844-856-6646 x3017</u>                          Email <u>PABKR@brockandscott.com</u>

---

Official Form 410S2          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE: <br> Lisa D. Walker | Case No. 21-10919-elf <br> Chapter 13 |
| Santander Bank, N.A., <br><br>       Movant | |
| vs. | |
| Lisa D. Walker, <br>       Debtor, | |

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice Of Postpetition Mortgage Fees, Expenses, And Charges has been electronically served or mailed, postage prepaid on <u>June 24, 2021</u> to the following:

Lisa D. Walker
7834 Thouron Avenue
Philadelphia, PA 19150

Dunne Law Offices, P.C.
1515 Market St
Suite 1200
Philadelphia, PA 19102
bestcasestephen@gmail.com

William C. Miller, Bankruptcy Trustee
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

US Trustee
United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106


                                   */s/ Andrew Spivack*
                                   Andrew Spivack
                                   (Bar No. 84439)
                                   Attorney for Creditor
                                   BROCK & SCOTT, PLLC
                                   302 Fellowship Road, Suite 130
                                   Mount Laurel, NJ 08054
                                   Telephone:  844-856-6646 x3017
                                   Facsimile:  704-369-0760
                                   E-Mail:  PABKR@brockandscott.com

# Exhibit "A"

# **INVOICE**

Invoice #: ███████

# **Brock & Scott, PLLC**

1315 Westbrook Plaza Drive, Suite 100
Winston-Salem, NC 27103
(336)354-1200 - phone
(336)354-1206 - fax

Invoice Date: 04/16/2021

File Number: 20-09136 BKPLN01

Client:

████████████

1 Corporate Drive, Suite 360
Lake Zurich, IL, 60047

Name and Address:

TILLERY, LISA
7834 THOURON AVENUE
Philadelphia, PA, 19150

| BK Case # and Chapter | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
| 21-10919/13 | ██████ | Conventional | ██████ | Bankruptcy Services CH13 |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| Plan Review<br>  Service Date: 04/15/2021 | Bankruptcy Plan Review | 450.00 |

Please include a copy of this invoice with your remittance to:

 1315 Westbrook Plaza Drive, Suite 100
 Winston-Salem, NC 27103
 EIN # ██████████
 E-Mail: AcctsRec@brockandscott.com

**Balance Due:**       **450.00**

**INVOICE**

# Brock & Scott, PLLC

1315 Westbrook Plaza Drive, Suite 100
Winston-Salem, NC 27103
(336)354-1200 - phone
(336)354-1206 - fax

Invoice #: D245903

Invoice Date: 06/16/2021

File Number: 20-09136 BKPOC01

Client:

█████████████████
1 Corporate Drive, Suite 360
Lake Zurich, IL, 60047

Name and Address:

TILLERY, LISA
7834 THOURON AVENUE
Philadelphia, PA, 19150

| BK Case # and Chapter | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
| 21-10919/13 | ████████ | Conventional | ████████ | Bankruptcy Services CH13 |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| Proof Of Claim - ████████.<br>  Service Date: 06/15/2021 | Bankruptcy POC ████████ | 500.00 |
| 410A Payment History Review - 410A / Payment History Review and prep fee. ████████<br>  Service Date: 06/15/2021 | Bankruptcy POC ████████ | 250.00 |

Please include a copy of this invoice with your remittance to:

1315 Westbrook Plaza Drive, Suite 100
Winston-Salem, NC 27103
EIN # ████████
E-Mail: AcctsRec@brockandscott.com

**Balance Due:**          **750.00**