**Fill in this information to identify the case:**

Debtor 1     LISA D. WALKER
Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania
Case number 21-10919-elf

Official Form 410S1
**Notice of Mortgage Payment Change**                                                                                   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim **at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Santander Bank, N.A.                     **Court claim no.** (if known): 4

**Last four digits** of any number you    1780              **Date of payment change:**    06/01/2022
use to identify the debtor's account:                      Must be at least 21 days after date of
                                                           this notice

                                                           **New total payment:**           $607.57
                                                           Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?
☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ 270.59    New escrow payment:    $ 284.15

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?
☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate:      _____%           New interest rate:      _____%

Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?
☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor1 <u>LISA D. WALKER</u>　　　　　　　　　　　　　　Case number *(if known)* <u>21-10919-elf</u>
　　　　　First Name　　Middle Name　　Last Name

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘　<u>*/s/ Andrew Spivack*</u>　　　　　　　　　　　　　Date　<u>05/03/2022</u>
　　　Signature

**Print:** <u>**Andrew Spivack (84439)**</u>　　　　　　　　　　　Title　<u>Attorney</u>
　　　　First Name　　Middle Name　　Last Name

Company　<u>Brock & Scott, PLLC</u>

Address　<u>8757 Red Oak Blvd., Suite 150</u>
　　　　　Number　　　　Street

　　　　　<u>Charlotte, NC 28217</u>
City　　　State　　ZIP Code

Contact phone <u>844-856-6646 x3017</u>　　　　　　　　　Email <u>PABKR@brockandscott.com</u>

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>LISA D. WALKER<br><br>SANTANDER BANK, N.A.,<br>    Movant<br><br>vs.<br><br>LISA D. WALKER,<br>    Debtor, | Case No. 21-10919-elf<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice Of Mortgage Payment Change has been electronically served or mailed, postage prepaid on this day to the following:

LISA D. WALKER
7834 THOURON AVENUE
PHILADELPHIA, PA 19150

STEPHEN MATTHEW DUNNE, ESQ.
DUNNE LAW OFFICES, P.C.
1515 MARKET STREET, SUITE 1200
PHILADELPHIA, PA 19102
bestcasestephen@gmail.com

KENNETH E. WEST, BANKRUPTCY TRUSTEE
CHAPTER 13 TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

US TRUSTEE
UNITED STATES TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

May 3, 2022

                                               */s/Andrew Spivack*
                                               Andrew Spivack, PA Bar No. 84439
                                               Matt Fissel, PA Bar No. 314567
                                               Mario Hanyon, PA Bar No. 203993
                                               Ryan Starks, PA Bar No. 330002
                                               Jay Jones, PA Bar No. 86657
                                               Attorney for Creditor
                                               BROCK & SCOTT, PLLC
                                               8757 Red Oak Boulevard, Suite 150
                                               Charlotte, NC 28217
                                               Telephone: (844) 856-6646
                                               Facsimile: (704) 369-0760
                                               E-Mail: PABKR@brockandscott.com

# Exhibit "A"

Santander Bank, N.A.
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

**ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS**

| | |
|---|---|
| HAZ. INS. | $2,224.18 |
| CITY TAX | $1,185.63 |
| Total | $3,409.81 |

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
AND CHANGE OF PAYMENT NOTICE PREPARED FOR
ACCOUNT NUMBER: ▮▮▮▮▮▮▮▮
ESCROW ANALYSIS DATE: 04/11/2022

Lisa D Tillery
7834 Thouron Ave
Philadelphia, PA 19150-2514

**NEW PAYMENT IS AS FOLLOWS:**

| | |
|---|---|
| Principal and Interest | $323.42 |
| Required Escrow Payment | $284.15 |
| Shortage/Surplus Spread | |
| Optional Coverages | |
| Buydown or Assistance Payments | |
| Other | |
| **Total Payment** | **$607.57** |
| **New Payment Effective Date:** | **06/01/2022** |

Santander Bank, N.A. has completed an analysis of your escrow account, and has adjusted your mortgage payment to reflect changes in your real estate taxes or property insurance. The escrow items to be disbursed from your account over the next twelve months are itemized above.

**ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR**

The following estimate of activity in your escrow account from 06/2022 through 05/2023 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account balance displays the amount actually required to be on hand as specified by Federal law, State law and your mortgage documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | PAYMENTS FROM ESCROW ACCOUNT | | | | ESCROW ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|
| | | MIP/PMI | TAXES | FLOOD | HAZ. INS. | SPECIAL | PROJECTED | REQUIRED |
| STARTING BAL | | | | | | | $1,866.15 | $1,371.73 |
| JUN | $284.15 | | | | | | $2,150.30 | $1,655.88 |
| JUL | $284.15 | | | | | | $2,434.45 | $1,940.03 |
| AUG | $284.15 | | | | | | $2,718.60 | $2,224.18 |
| SEP | $284.15 | | | | | | $3,002.75 | $2,508.33 |
| OCT | $284.15 | | | | $2,224.18 | | $1,062.72 | $568.30 * |
| NOV | $284.15 | | | | | | $1,346.87 | $852.45 |
| DEC | $284.15 | | | | | | $1,631.02 | $1,136.60 |
| JAN | $284.15 | | | | | | $1,915.17 | $1,420.75 |
| FEB | $284.15 | | | | | | $2,199.32 | $1,704.90 |
| MAR | $284.15 | | $1,185.63 | | | | $1,297.84 | $803.42 |
| APR | $284.15 | | | | | | $1,581.99 | $1,087.57 |
| MAY | $284.15 | | | | | | $1,866.14 | $1,371.72 |
| Total | | | $1,185.63 | | $2,224.18 | | | |

*Indicates your projected low point of $1,062.72. Your required reserve balance is $568.30. The difference between the projected low point and required reserve balance is $494.42. This is your escrow surplus amount. The escrow surplus amount in your escrow account is $50.00 or more. The surplus amount will be refunded to you in the form of a check that either (a) is included with this statement or (b) if your loan is current as of the date of the escrow analysis and your refund check is not included with this statement, it will be mailed to you within 30 days.

If you have questions regarding this analysis, please write our Customer Service Department at Santander Bank, N.A., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 or call toll free 1.855.241.5700, Monday through Friday, 8:00 am to 5:00 pm, EST.

**THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT IN VIOLATION OF THE AUTOMATIC STAY OR THE DISCHARGE INJUNCTION OR AN ATTEMPT TO RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.**

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY**

**Account Number:** ▮▮▮▮▮▮▮▮    **Name:** Lisa D Tillery

This is a statement of actual activity in your escrow account from 05/2021 through 05/2022. Last year's projections are next to the actual activity. Your mortgage payment for the past year was $616.97 of which $323.42 was for principal and interest and $293.55 went into your escrow account. An asterisk(*) indicates a difference from a previous estimate either in the date or the amount. A 'Y' indicates a projected disbursement or payment.

| MONTH | PAYMENTS TO ESC. ACCT. PROJECTED | PAYMENTS TO ESC. ACCT. ACTUAL | PAYMENTS FROM ESC. ACCT. PROJECTED | PAYMENTS FROM ESC. ACCT. ACTUAL | DESCRIPTION | ESCROW BAL. PROJECTED | COMPARISON ACTUAL |
|---|---|---|---|---|---|---|---|
| STARTING BAL |  |  |  |  |  | $979.10 | $6,002.26- |
| MAY | $270.59 | * |  |  |  | $1,249.69 | $6,002.26- |
| JUN | $270.59 | * |  |  |  | $1,520.28 | $6,002.26- |
| JUL | $270.59 | * |  |  |  | $1,790.87 | $6,002.26- |
| AUG | $270.59 | * |  |  |  | $2,061.46 | $6,002.26- |
| SEP | $270.59 | * |  | $2,224.18 * | HOME INS | $2,332.05 | $8,226.44- |
| OCT | $270.59 | $923.40 * | $2,061.46 | * | HOME INS | $541.18 | $7,303.04- |
| NOV | $270.59 | * |  |  |  | $811.77 | $7,303.04- |
| DEC | $270.59 | $615.60 * |  |  |  | $1,082.36 | $6,687.44- |
| JAN | $270.59 | $1,231.20 * |  |  |  | $1,352.95 | $5,456.24- |
| FEB | $270.59 | $293.55 * |  | $1,185.63 * | CITY TAX | $1,623.54 | $6,348.32- |
| MAR | $270.59 | $587.10 * | $1,185.63 | * | CITY TAX | $708.50 | $5,761.22- |
| APR | $270.59 | $7,356.78 *Y |  |  |  | $979.09 | $1,595.56 |
| MAY |  | $270.59 *Y |  |  |  | $979.09 | $1,866.15 |
| Total | $3,247.08 | $11,278.22 | $3,247.09 | $3,409.81 |  |  |  |

OVER THIS PERIOD, AN ADDITIONAL $0.00 WAS DEPOSITED INTO YOUR ESCROW ACCOUNT FOR INTEREST ON ESCROW.

Last year, we anticipated that payments from your escrow account would be made during this period equaling $3,247.09. Under Federal Law, your lowest balance should not have exceeded $541.18 or 1/6TH of anticipated payments from the account, unless your mortgage contract or state law specified a lower amount. Under your mortgage contract and/or state law, your lowest balance should not have exceeded $541.18.